IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>vs.<br><br>CHRISTINA WALKER,<br><br>        Defendant. | **8:17CR59**<br><br>**ORDER** |

UPON THE MOTION OF THE DEFENDANT, (Filing No.68), and no objection from the government,

**IT IS ORDERED:**

1. The Unopposed Motion to Continue Change of Plea Hearing [68] is granted.

2. The Change of Plea hearing is continued to February 1, 2018 at 10:30 a.m. before Magistrate Judge Michael D. Nelson, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

3. For this defendant, the time between today's date and the change of plea hearing is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(7)(A), (B)(i). The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial for the reason that defendant has been approved for a diversion program and further time is required for him to complete such program.

4. No further continuances will be granted, absent unusual circumstances.

5. Since this is a criminal case, the defendant must be present, unless excused by the Court.

Dated this 12th day of January, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge